■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOHAMMED HOSSEIN ZADEH, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Savarese, J.), imposed May 20, 1988.

Ordered that the sentence is affirmed.

We do not find the sentence imposed to be excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, J. P., Bracken, Rubin, Kooper and Rosenblatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN ZAMBRANA, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Rockland County (Kelly, J.), imposed May 11, 1988.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Thompson, J. P., Lawrence, Sullivan, Harwood and Balletta, JJ., concur.